

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 1 5 2022

CLERK, U.S. DISTRICT COURT
By_____
Deputy

UNITED STATES OF AMERICA

v.

JOSHUA KENDRELL JOHNSON (1)
DAVID DARCUS BAILEY (2)

NO.

**3 - 2 2 C R 0 4 4 1 - K**

## INDICTMENT

The Grand Jury charges:

Count One
Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C § 841(a)(1) and (b)(1)(C))

On or about October 6, 2022, in the Dallas Division of the Northern District of

Texas, the defendants, **Joshua Kendrell Johnson** and **David Darcus Bailey**, did

knowingly and intentionally possess with the intent to distribute a mixture or substance

containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

Count Two
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or about September 2022, the exact date being unknown to the Grand Jury, and continuing until October 6, 2022, in the Dallas Division of the Northern District of Texas, **Joshua Kendrell Johnson** and **David Darcus Bailey**, did knowingly, intentionally, and unlawfully combine, conspire, confederate, and agree together and with each other, to possess with intent to distribute a mixture or substance containing a detectible amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

All in violation of 21 U.S.C. § 846, the penalty for which can be found at 21 U.S.C. § 841(b)(1)(C).

<u>Count Three</u>
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. § 924(c)(1)(A)(i))

On or about October 6, 2022, in the Dallas Division of the Northern District of

Texas, the defendants, **Joshua Kendrell Johnson** and **David Darcus Bailey**, did

knowingly possess a firearm, to wit: a Smith and Wesson, model SD9-VE, 9mm caliber

pistol, bearing serial number FZNF4148, and a Pioneer Arms Corporation, model

Hellpup, 7.62 x 39mm caliber pistol, bearing serial number PAC1142098-20, in

furtherance of a drug trafficking crime, namely, possession with intent to distribute a

controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), as alleged in

Count One of this indictment, an offense for which the defendant may be prosecuted in a

court of the United States.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

Forfeiture Notice
(21 U.S.C. § 853(a) and 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of any offense alleged in Counts One and Two of this indictment and pursuant to 21 U.S.C. § 853(a), the defendants, **Joshua Kendrell Johnson** and **David Darcus Bailey**, shall forfeit to the United States of America any property constituting or derived from proceeds obtained, directly or indirectly, as a result of the offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the respective offense.   This property includes, but is not limited to, the following:

1.      $10,279 in United States currency seized on October 6, 2022.

Upon conviction of the offense charged in Count Three of the indictment and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendants, **Joshua Kendrell Johnson** and **David Darcus Bailey**, shall forfeit to the United States of America any firearm and ammunition involved or used in the offense.   This property includes, but is not limited to, the following:

1.      a Smith and Wesson, model SD9-VE, 9mm caliber pistol, bearing serial number FZNF4148, and any ammunition recovered with the firearm;

2.      a Pioneer Arms Corporation, model Hellpup, caliber 7.62 x 39 mm, AK 47 pistol, bearing serial number PAC1142098-20; and any ammunition recovered with the firearm; and

3.      A Smith and Wesson, model M&P Bodyguard 380, .380 caliber pistol, bearing serial number KFA8277, and any ammunition recovered with the firearm.

A TRUE BILL:

FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY

L. RACHAEL JONES
Assistant United States Attorney
Texas State Bar No. 24032481
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:    214-659-8600
Facsimile:    214-659-8803
E-mail: rachael.jones@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

JOSHUA KENDRELL JOHNSON (1)
DAVID DARCUS BAILEY (2)

INDICTMENT

21 U.S.C § 841(a)(1) and (b)(1)(C)
Possession with Intent to Distribute a Controlled Substance
(Count 1)

21 U.S.C. § 846
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Count 2)

18 U.S.C. § 924(c)(1)(A)(i)
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(Count 3)

21 U.S.C. § 853(a) and 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

3 Counts

A true bill rendered

DALLAS _____ _Charles Stewart_ _____ FOREPERSON

Filed in open court this **15** day of November, 2022.

-------------------------------------------------------------------------------------------------

**Defendant in Federal Custody since 10/26/2022**

-------------------------------------------------------------------------------------------------

_____
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:  3:22-MJ-971